Certificate Number: 17082-PAW-DE-034611364

Bankruptcy Case Number: 20-10314



17082-PAW-DE-034611364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2020, at 11:04 o'clock AM MST, JASON P ATKIN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 29, 2020

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director