Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason P. Atkin**
 Debtor(s)

Bankruptcy Case No.: 20–10314–TPA
Per Proceeding Held June 30, 2020
Chapter: 13
Docket No.: 22 – 11
Concil. Conf.: 12/1/20 at 09:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated May 12, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 12/1/20 at 09:30 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H. Additional Terms: PSECU (Claim No. 6) governs as to amount at the modified terms of the Plan with a monthly payment of $200.00.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 6, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                             Case No. 20-10314-TPA
Jason P. Atkin                                                     Chapter 13
           Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-1          User: vson                  Page 1 of 2                  Date Rcvd: Jul 06, 2020
                              Form ID: 149                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2020.
db             +Jason P. Atkin,    234 E 4th Street,    Waterford, PA 16441-9728
15236812       +KML Law Group PC,    Attn. Alyk L. Oflazian, Esquire,    701 Market Street Suite 5000,
                 Philadelphia, PA 19106-1541
15236813       +Michael F. Ratchford, Esquire,    Ratchford Law Group,    54 Glenmaura National Blvd., Ste. 104,
                 Moosic, PA 18507-2161
15252246       +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
15236816       +Myers Family Chiropractic Center,    8645 Peach Street,    Erie, PA 16509-4722
15236818       +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15258813       +PNC Bank NA,    Bankruptcy Department,    PO BOX 94982,    Cleveland, OH 44101-4982
15243985       +Quicken Loans, LLC fka Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
15236820       +Scott & Associates, P.C.,    Attn. Michael B. Voll, Esquire,    6 Kacey Court, Suite 203,
                 Mechanicsburg, PA 17055-9237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15236808        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 07 2020 04:50:31      Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
15236809       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 04:52:42       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15240503        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 04:53:18
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15236810       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 04:50:01      Comenitycb/serta,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15242007        E-mail/Text: mrdiscen@discover.com Jul 07 2020 04:49:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
15236811       +E-mail/Text: mrdiscen@discover.com Jul 07 2020 04:49:43      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
15239097        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 04:53:30      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15236814       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 07 2020 04:50:35      Midland Funding LLC,
                 2365 Northsdie Dr #300,    San Diego, CA 92108-2709
15236815       +E-mail/Text: MEvan@mch1.org Jul 07 2020 04:51:06      Millcreek Community Hospital,
                 5515 Peach Street,    Erie, PA 16509-2695
15236817       +E-mail/Text: bankruptcynotices@psecu.com Jul 07 2020 04:51:14       P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
15253005       +E-mail/Text: bankruptcynotices@psecu.com Jul 07 2020 04:51:14      PSECU,    PO BOX 67013,
                 HARRISBURG PA 17106-7013
15260680        E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2020 04:50:12
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
15236819       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 07 2020 04:50:59      Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              QUICKEN LOANS INC.
15236821*       Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
15236822*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15236823*      +Comenitycb/serta,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
15236824*      +Discover Financial,    Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
15236825*      +KML Law Group PC,    Attn. Alyk L. Oflazian, Esquire,    701 Market Street Suite 5000,
                 Philadelphia, PA 19106-1541
15236826*      +Michael F. Ratchford, Esquire,    Ratchford Law Group,    54 Glenmaura National Blvd., Ste. 104,
                 Moosic, PA 18507-2161
15236827*      +Midland Funding LLC,    2365 Northsdie Dr #300,    San Diego, CA 92108-2709
15236828*      +Millcreek Community Hospital,    5515 Peach Street,    Erie, PA 16509-2695
15236829*      +Myers Family Chiropractic Center,    8645 Peach Street,    Erie, PA 16509-4722
15236830*      +P S E C U,    Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
15236831*      +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15236832*      +Quicken Loans,    Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
15236833*      +Scott & Associates, P.C.,    Attn. Michael B. Voll, Esquire,    6 Kacey Court, Suite 203,
                 Mechanicsburg, PA 17055-9237
                                                                                               TOTALS: 1, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1          User: vson              Page 2 of 2         Date Rcvd: Jul 06, 2020
                              Form ID: 149            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   QUICKEN LOANS INC. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka  Seelinger    on behalf of Debtor Jason P. Atkin rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 4
```