# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 20-10314-TPA** |
| | : | |
| **Jason P. Atkin** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 4** |
| | : | |
| **Quicken Loans, LLC,** | : | |
| **fka Quicken Loans, Inc.,** | : | |
| *Movant* | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Jason P. Atkin and** | : | |
| **Ronda J. Winnecour, Esq., Trustee,** | : | |
| *Respondents* | : | |

## **DECLARATION**

**NOW**, this **1st day of October 2020,** upon review of the **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES** filed by **QUICKEN LOANS, LLC** at **Claim** *No. 4* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt claimed in the Notice filed September 29, 2020.

Dated: October 1, 2020

By    /s/ Rebeka A. Seelinger, Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com