FILED
9/30/20 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JASON P. ATKIN | : | Bankruptcy No. 20-10314-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| | : | Related to Claim No. 4 |

## ORDER

**AND NOW**, this **30th** day of **September, 2020**, a ***Notice of Postpetition Mortgage Fees, Expenses and Charges*** ("Notice") having been filed by ***Quicken Loans, Inc.*** regarding Claim No. 4, and the Court having determined that the *Notice*, including any supplement thereto that was filed, has sufficient supporting documentation to meet the minimum required standard of proof, it is therefore **ORDERED, ADJUDGED and DECREED** that:

(1)    There is cause pursuant to *Fed.R.Bankr.P. 9006(c)(2)* to reduce the one-year period provided by *Fed.R.Bankr. 3002.1(e)* for the Debtor to respond to the *Notice* because of the need to promptly determine the amount due, if any, under the *Notice* so as to maximize the opportunities for plan success.

(2)    **On or before October 21, 2020**, unless the Trustee first acts pursuant to Paragraph 3, the Debtor shall file either:

(a)    An ***AMENDED CHAPTER 13 PLAN;***
(b)    A ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the additional debt provided in the *Notice*; or
(c)    A ***MOTION OBJECTING*** to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

(3)    **On or before October 21, 2020,** the Trustee, or other party in interest, may file a ***Motion*** objecting to the *Notice* pursuant to *Fed.R.Bankr.P. 3002.1(e)* and shall self-schedule the matter for hearing pursuant to the Court's procedures.

(4)    ***The failure of either the Debtor, the Trustee, or other party in interest to timely file a Motion objecting to the Notice*** shall result in the allowance of the fees, expenses, and charges set forth therein without further order, notice or hearing, ***provided however***, that no payment thereon will be implemented by the Trustee until such time as Debtor files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

Case Administrator to serve:
Debtor
Debtor's Counsel
Claimant's Counsel

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10314-TPA |
| Jason P. Atkin | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: culy | Page 1 of 1 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason P. Atkin, 234 E 4th Street, Waterford, PA 16441-9728 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor QUICKEN LOANS INC. bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Jason P. Atkin rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4