FILED
12/3/20 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: *Atkin*

Case Number: *20-10314 TPA* (Chapter 13)

Date / Time / Room: *12/1/2020* / Bankruptcy Courtroom

Hearing Officer: CHAPTER 13 TRUSTEE

### Matter: *Status Conference · 5/12/20 plan*

### Appearances: *Bedford*

Debtor:
Trustee: Winnecour / Katz / DeSimone (Katz circled)
Creditor:

*Confirmation order entered 9/29/20 (Doc 25). No changes needed. Status Conference concluded.*

### Proceedings:

Recommended Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____. Objections are due on or before _____. A hearing on the Amended is set for _____ at _____.
9. ____ Other:

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: