# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 20-10314-JCM** |
| | : | |
| **Jason P. Atkin** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 4** |
| | : | |
| **Quicken Loans, LLC** | : | |
| *Movant* | : | **Document No.** |
| | : | |
| **V.** | : | |
| | : | |
| **Jason P. Atkin** | : | |
| **and Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Quicken Loans, LLC** at **Claim** *No. 4* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1036.66 effective 3/01/25.

Dated: February 7, 2025

                                                                              /s/ Rebeka A. Seelinger
                                                                              Rebeka A. Seelinger, Esquire
                                                                              Pa. I.D. #93897
                                                                              4640 Wolf Rd
                                                                              Erie, PA 16505
                                                                              (814)-824-6670
                                                                              rebeka@seelingerlaw.com