**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JASON P. ATKIN | Case No. 20-10314JCM |
|   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>JASON P. ATKIN | Chapter 13<br><br>Document No. __48__ |
|   Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___6th___ day of ___May___, 20_25_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa
Attn: Payroll Manager
Exec Off-Bur Of Cmmnwlth Payroll Operations
Po Box 8006
Harrisburg, PA 17105

is hereby ordered to immediately terminate the attachment of the wages of JASON P. ATKIN, social security number XXX-XX-2426. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JASON P. ATKIN.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____jlm_____
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
5/6/25 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10314-JCM |
| Jason P. Atkin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: May 06, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason P. Atkin, 234 E 4th Street, Waterford, PA 16441-9728 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor QUICKEN LOANS INC. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Jason P. Atkin rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1     User: auto     Page 2 of 2
Date Rcvd: May 06, 2025     Form ID: pdf900     Total Noticed: 1
TOTAL: 6