Form 300b

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jason P. Atkin** | : | Case No. 20–10314–JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 54 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/19/25 at 10:00 AM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

     **AND NOW,** this **The 25th of June, 2025**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 54 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1) **On or before August 11, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2) This *Motion* is scheduled for hearing on **August 19, 2025 at 10:00 AM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | | Case No. 20-10314-JCM |
|---|---|---|
| Jason P. Atkin | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 300b | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason P. Atkin, 234 E 4th Street, Waterford, PA 16441-9728 |
| 15236816 | + | Myers Family Chiropractic Center, 8645 Peach Street, Erie, PA 16509-4722 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15236808 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jun 26 2025 00:31:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15236809 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:32:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15240503 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:32:35 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15236810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2025 00:31:00 | Comenitycb/serta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15242007 | | Email/Text: mrdiscen@discover.com | Jun 26 2025 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15236811 | + | Email/Text: mrdiscen@discover.com | Jun 26 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15236812 | ^ | MEBN | Jun 26 2025 00:21:16 | KML Law Group PC, Attn. Alyk L. Oflazian, Esquire, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 15239097 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2025 00:32:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15236813 | ^ | MEBN | Jun 26 2025 00:21:48 | Michael F. Ratchford, Esquire, Ratchford Law Group, 54 Glenmaura National Blvd., Ste. 104, Moosic, PA 18507-2161 |
| 15252246 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2025 00:31:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 15236814 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2025 00:31:00 | Midland Funding LLC, 2365 Northsdie Dr #300, San Diego, CA 92108-2710 |
| 15236815 | + | Email/Text: ptacct@mch1.org | Jun 26 2025 00:31:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 15236817 | + | Email/Text: bankruptcynotices@psecu.com | | |

| | | Jun 26 2025 00:31:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
|---|---|---|---|
| 15236818 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:30:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15258813 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:30:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15253005 | + Email/Text: bankruptcynotices@psecu.com | Jun 26 2025 00:31:00 | PSECU, PO BOX 67013, HARRISBURG PA 17106-7013 |
| 15260680 | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2025 00:31:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15236819 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jun 26 2025 00:31:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15243985 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jun 26 2025 00:31:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | QUICKEN LOANS INC. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15236821 | * | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15236822 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15236823 | *+ | Comenitycb/serta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15236824 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15236825 | *+ | KML Law Group PC, Attn. Alyk L. Oflazian, Esquire, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 15236826 | *+ | Michael F. Ratchford, Esquire, Ratchford Law Group, 54 Glenmaura National Blvd., Ste. 104, Moosic, PA 18507-2161 |
| 15236827 | *+ | Midland Funding LLC, 2365 Northsdie Dr #300, San Diego, CA 92108-2710 |
| 15236828 | *+ | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 15236829 | *+ | Myers Family Chiropractic Center, 8645 Peach Street, Erie, PA 16509-4722 |
| 15236830 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15236831 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15236832 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15236833 | *+ | Scott & Associates, P.C., Attn. Michael B. Voll, Esquire, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 15236820 | ##+ | Scott & Associates, P.C., Attn. Michael B. Voll, Esquire, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 2 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025 Signature:     /s/Gustava Winters

District/off: 0315-1                       User: auto                                        Page 3 of 3

Date Rcvd: Jun 25, 2025                    Form ID: 300b                                 Total Noticed: 21

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com |
| Maria Miksich | |
| | on behalf of Creditor QUICKEN LOANS INC. mmiksich@kmllawgroup.com |
| Matthew Fissel | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | |
| | on behalf of Debtor Jason P. Atkin rebeka@seelingerlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 7