**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JASON P. ATKIN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:20-10314 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2020 and confirmed on 7/6/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 90,300.00 |
| Less Refunds to Debtor | 1,334.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 88,965.50 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 4,647.31 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,147.31 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOA | 0.00 | 57,626.63 | 0.00 | 57,626.63 |
|     Acct: 4735 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOA | 9,360.25 | 9,360.25 | 0.00 | 9,360.25 |
|     Acct: 4735 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 8,738.36 | 8,738.36 | 1,053.73 | 9,792.09 |
|     Acct: 2426 | | | | |
| | | | | 76,778.97 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON P. ATKIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON P. ATKIN | 1,334.50 | 1,334.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOA | 650.00 | 650.00 | 0.00 | 650.00 |
|     Acct: 4735 | | | | |
| | | | | 650.00 |
| **Unsecured** | | | | |
|   ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,187.46 | 362.03 | 0.00 | 362.03 |
|     Acct: 7812 | | | | |
|   QUANTUM3 GROUP LLC - AGENT MOMA | 1,074.39 | 122.03 | 0.00 | 122.03 |
|     Acct: 6583 | | | | |
|   DISCOVER BANK(*) | 7,961.96 | 904.33 | 0.00 | 904.33 |
|     Acct: 3590 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6109 | | | | |
|   MILLCREEK COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: | | | | |
|   MYERS FAMILY CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 3,704.89 | 420.81 | 0.00 | 420.81 |
|     Acct: 2426 | | | | |
|   PNC BANK NA | 8,103.42 | 920.40 | 0.00 | 920.40 |
|     Acct: 5255 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0296 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC - A | 5,807.47 | 659.62 | 0.00 | 659.62 |
|     Acct: 1006 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 3,389.22 |

| | | |
|---|---|---:|
| **TOTAL PAID TO CREDITORS** | | 80,818.19 |

TOTAL CLAIMED
PRIORITY           650.00
SECURED         18,098.61
UNSECURED       29,839.59

Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JASON P. ATKIN

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:20-10314

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-10314-JCM
Jason P. Atkin | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: auto  Page 1 of 3
Date Rcvd: Jun 25, 2025  Form ID: pdf900  Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason P. Atkin, 234 E 4th Street, Waterford, PA 16441-9728 |
| 15236816 | + | Myers Family Chiropractic Center, 8645 Peach Street, Erie, PA 16509-4722 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15236808 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jun 26 2025 00:31:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15236809 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:33:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15240503 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 00:34:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15236810 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2025 00:31:00 | Comenitycb/serta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15242007 | | Email/Text: mrdiscen@discover.com | Jun 26 2025 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 15236811 | + | Email/Text: mrdiscen@discover.com | Jun 26 2025 00:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15236812 | ^ | MEBN | Jun 26 2025 00:21:15 | KML Law Group PC, Attn. Alyk L. Oflazian, Esquire, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 15239097 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2025 00:33:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15236813 | ^ | MEBN | Jun 26 2025 00:21:49 | Michael F. Ratchford, Esquire, Ratchford Law Group, 54 Glenmaura National Blvd., Ste. 104, Moosic, PA 18507-2161 |
| 15252246 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2025 00:31:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 15236814 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2025 00:31:00 | Midland Funding LLC, 2365 Northsdie Dr #300, San Diego, CA 92108-2710 |
| 15236815 | + | Email/Text: ptacct@mch1.org | Jun 26 2025 00:31:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 15236817 | + | Email/Text: bankruptcynotices@psecu.com | | |

| Recip ID | Bypass Reason | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 26 2025 00:31:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15236818 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:30:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15258813 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2025 00:30:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15253005 | + | Email/Text: bankruptcynotices@psecu.com | Jun 26 2025 00:31:00 | PSECU, PO BOX 67013, HARRISBURG PA 17106-7013 |
| 15260680 | | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2025 00:31:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15236819 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 26 2025 00:31:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15243985 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 26 2025 00:31:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | QUICKEN LOANS INC. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15236821 | * | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 15236822 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15236823 | *+ | Comenitycb/serta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15236824 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15236825 | *+ | KML Law Group PC, Attn. Alyk L. Oflazian, Esquire, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 15236826 | *+ | Michael F. Ratchford, Esquire, Ratchford Law Group, 54 Glenmaura National Blvd., Ste. 104, Moosic, PA 18507-2161 |
| 15236827 | *+ | Midland Funding LLC, 2365 Northsdie Dr #300, San Diego, CA 92108-2710 |
| 15236828 | *+ | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 15236829 | *+ | Myers Family Chiropractic Center, 8645 Peach Street, Erie, PA 16509-4722 |
| 15236830 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15236831 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15236832 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15236833 | *+ | Scott & Associates, P.C., Attn. Michael B. Voll, Esquire, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 15236820 | ##+ | Scott & Associates, P.C., Attn. Michael B. Voll, Esquire, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 2 Undeliverable, 14 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025            Signature:        /s/Gustava Winters

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Jun 25, 2025 | Form ID: pdf900 | Total Noticed: 21

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor QUICKEN LOANS INC. mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Jason P. Atkin rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7